No. 338. HAEUSSLER INVESTMENT COMPANY *v.* CHARLES
W. BATES; and
No. 481. FRUIN BAMBRICK CONSTRUCTION COMPANY,
THIRD STREET REALTY & INVESTMENT COMPANY, COMP-

TON HILL IMPROVEMENT COMPANY ET AL. *v.* CHARLES W. BATES. Error to the Supreme Court of the State of Missouri. Submitted May 6, 1926. Decided May 10, 1926. *Per Curiam.* Affirmed upon the authority of *Withnell* v. *Ruecking Construction Co.,* 249 U. S. 63, 69; *Hancock* v. *City of Muskogee,* 250 U. S. 454, 456; *Goldsmith* v. *Prendergast Construction Co.,* 252 U. S. 12; (2) *Valley Farms Co.* v. *Westchester County,* 261 U. S. 155. *Messrs. Lambert E. Walther, Joseph W. Lewis, John S. Leahy, Walter H. Saunders,* and *Charles M. Rice* for plaintiffs in error. *Mr. Charles W. Bates, pro se.*